UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICROBILT CORPORATION

Case No. 8:10-cv-02921-SCB-EAJ

Plaintiffs,

v.

CHEX SYSTEMS, INC.

Defendants.

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS STIPULATED AND AGREED by and between the undersigned that Gunster,

Yoakley & Stewart, P.A., shall be substituted for the law firm of Reed Smith LLP, as counsel for

Defendant, Chex Systems, Inc., in the above-styled case and that all future notices,

correspondences and pleadings in said case be directed to David Wells, Esq. at Gunster Yoakley

& Stewart at the address indicated below.

Dated this 3rd day of January, 2011.

GUNSTER, YOAKLEY & STEWART, P.A.
One Enterprise Center
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Facsimile: (904) 350-5965


By: /s/ David M. Wells
     DAVID M. WELLS, ESQ.
     Florida Bar No. 0309291

REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Telephone: (609) 520-6015
Facsimile: (609) 951-0824


By: _____
     MARK S. MELODIA, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was sent via electronic service to the parties registered to receive such service in the CM/ECF system this 3rd day of January, 2011.

By:___ /s/ David M. Wells_____
DAVID M. WELLS, ESQ.
Florida Bar No. 0309291
KATHERINE HERBENICK, ESQ.
Florida Bar No. 0058995
Gunster, Yoakley & Stewart, P.A.
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Facsimile: (904) 350-5965
dwells@gunster.com
kherbenick@gunster.com

JAX 22126.1

2