**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICROBILT CORPORATION,

    Plaintiff,

-vs-                                      Case No. 8:10-cv-2921-T-24 EAJ

CHEX SYSTEMS, INC.,

    Defendant.

_____/

## **O R D E R**

Because this case involves questions of law or fact common to those in *Chex Systems, Inc. v. DP Bureau, LLC, et al.*, Case No. 8:10-cv-2465-VMC-MAP previously pending before the Honorable Virginia Covington, this cause is hereby **TRANSFERRED** to Judge Covington, with her consent, for all further proceedings pursuant to Local Rule 1.04(b), M.D. Fla.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of January, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies furnished to:
The Honorable Virginia Covington
Counsel of Record
Courtroom Deputy