**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MICROBILT CORPORATION,**

     **Plaintiff,**

**vs.**                                    **Case No.: 8:10-CV-2921-T-33EAJ**

**CHEX SYSTEMS, INC.,**

     **Defendant.**

_____/

**ORDER**

Before the court is Plaintiff's **Motion for Special Admission to Practice and Written Designation and Consent to Act Pursuant to Rule 2.01** (Dkt. 18). Plaintiff requests that this court permit Paul Maselli, Esq. of the law firm Maselli Warren, P.C. to appear <u>pro</u> <u>hac</u> <u>vice</u>, with Ryan D. Barack, Esq. of the law firm Kwall, Showers & Barack, P.A. designated as local counsel pursuant to Local Rule 2.02(a), M.D. Fla. Plaintiff asserts that Mr. Maselli is a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey.

Upon consideration, Plaintiff's motion to appear <u>pro</u> <u>hac</u> <u>vice</u> (Dkt. 18) is **GRANTED**, subject to the requirement that Mr. Maselli shall comply with the fee and email registration requirements of Local Rule 2.01(d), M.D. Fla., within ten (10) days of the date of this order.[1]

**DONE** and **ORDERED** in Tampa, Florida on this 6th day of January, 2011.

---

[1] Pursuant to the Local Rules for the Middle District of Florida, counsel is directed to participate in electronic filing, and as such, must register for CM/ECF and obtain a password within ten (10) days of the date of this order. Counsel may obtain a password from the court by accessing the court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. After registering for CM/ECF, counsel must also register an email address.

ELIZABETH A JENKINS
United States Magistrate Judge