UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICROBILT CORPORATION,
a Delaware Corporation,

    Plaintiff,

v.                      CASE NO:  8:10-cv-2921-T-33EAJ

CHEX SYSTEMS, INC.,
a Minnesota Corporation,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court pursuant to Plaintiff MicroBilt Corporation's Motion to Transfer Venue to the United States District Court for the District of New Jersey (Doc. # 31). Defendant Chex Systems, Inc. has not filed any opposition thereto.

    MicroBilt seeks entry of an order pursuant to 28 U.S.C. §§ 1412 and 1403(a) transferring venue of this civil action to the New Jersey District Court for automatic referral to the United States Bankruptcy Court for the District of New Jersey to be adjudicated as an adversary proceeding in MicroBilt's chapter 11 bankruptcy case.

    This civil action is related to MicroBilt's chapter 11 case pending in the New Jersey Bankruptcy Court.  This case involves issues related to purported defaults under a certain

Resale Agreement between MicroBilt and Chex Systems. MicroBilt intends to assume the Resale Agreement pursuant to § 365 of the Bankruptcy Code and has filed a motion regarding the same in the New Jersey Bankruptcy Court. Likewise, Chex Systems has filed a motion regarding the assumption or rejection of the Resale Agreement in MicroBilt's bankruptcy case. Whether such defaults have occurred and whether MicroBilt can cure those defaults will need to be determined in the Bankruptcy Court in connection with the assumption or rejection of the Resale Agreement by MicroBilt. Accordingly, the interests of justice mandate that venue be transferred to the New Jersey District Court where it may be referred to the New Jersey Bankruptcy Court.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff Microbilt Corporation's Motion to Transfer Venue to the United States District Court for the District of New Jersey (Doc. # 31) is **GRANTED**.

(2) The Clerk is directed to transfer this action to the New Jersey District Court for automatic referral to the United States Bankruptcy Court for the District of New Jersey.

  (3) The Clerk is directed to **CLOSE** this case.

  **DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>12th</u> day of July, 2011.

                    _____
                     VIRGINIA M. HERNANDEZ COVINGTON
                     UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record